JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO  (CABN 181530)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov

*E-FILED - 9/22/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00313 RMW |
| Plaintiff, | STIPULATION AND |
| v. | [] ORDER REGARDING DEFENDANT'S MOTION TO DISMISS |
| KURTIS THORSTED, | Date:   September 28, 2009 |
| Defendant. | Time:  9:00 a.m. |
| | Judge:  Hon. Ronald M. Whyte |

The defendant, Kurtis Thorsted, represented by Cythnia Lie, Assistant Federal Public

Defender, and the government, Grant P. Fondo, Assistant United States Attorney, hereby

stipulate as follows:

    1.       On July 6, 2009 defendant, pleading open, pleaded guilty to Count Three of the

nine count Information.  The government requested a trial date as to the remaining eight counts,

and the court set a trial date of October 26, 2009.

Stipulation re Motion To Dismiss
09-00313 RMW

2.    On August 17, 2009 the defendant filed a motion to dismiss certain counts in the Information.  The Court is scheduled to hear defendant's motion on September 28, 2009 at 9:00 a.m.

3.    The parties are currently discussing a resolution to defendant's motion and possible resolution of this matter in its entirety.

4.    Therefore, the parties request that the defendant's motion, currently scheduled for September 28, 2009 be taken off calendar, and that the Court instead hold a status conference on that date.


DATED: September 9, 2009              JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                      _____/S/_____
                                      GRANT P. FONDO
                                      Assistant United States Attorney


                                      _____/S/_____
                                      CYNTHIA LIE
                                      Assistant Federal Public Defender
                                      Counsel for Defendant

///
///
///
///
///
///
///
///
///
///

Stipulation re Motion To Dismiss
09-00313 RMW

1

**<u>ORDER</u>**

2

Based upon the stipulation of the parties, and for good cause shown, the Court finds that:

3

1.      Defendant's motion to dismiss the Information, filed on August 17, 2009 is taken

4

off calendar, without prejudice to defendant to re-notice his motion.

5

2.      The September 28, 2009 hearing on defendant's motion is vacated, and instead

6

the parties shall appear for a status conference on that date.

7

8

IT IS SO ORDERED.

9

10

11

DATED: ___9/22/09_____

12

RONALD M. WHYTE
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation re Motion To Dismiss
09-00313 RMW

-3-