JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GRANT P. FONDO  (CABN 181530)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: grant.fondo@usdoj.gov

*E-FILED - 12/23/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KURTIS THORSTED,<br><br>    Defendant. | No. CR-09-00313 RMW<br><br>STIPULATION AND<br>[XXXXXXX  ORDER REGARDING<br>SENTENCING HEARING<br><br>Date:  March 8, 2010<br>Time:  9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte |

    The defendant, Kurtis Thorsted, represented by Cythnia Lie, Assistant Federal Public

Defender, and the government, Grant P. Fondo, Assistant United States Attorney, hereby

stipulate as follows:

    1.    On July 6, 2009 defendant, pleading open, pleaded guilty to Count Three of the

nine count Information.

    2.    On October 26, 2009 defendant, pleading open, pleaded guilty to Counts 1, 2, 7,

8 and 9 of the Information.  The United States informed the Court that given defendant's

Stipulation re Sentencing
09-00313 RMW

1    additional change of plea, it would not pursue the remaining counts in the Information.  The

2    Court then set a sentencing date of March 8, 2010 at 9:00 a.m.

3         2.        The United States expects to present witnesses at the defendant's sentencing

4    hearing, and the defendant anticipates cross-examining those witnesses.  At this time the

5    defendant does not intend to present any witnesses, although defendant reserves his right to do

6    so.  The parties, therefore, anticipate the hearing will take approximately two hours.

7    Consequently, the parties wanted to inform the Court of the expected time needed to complete

8    the hearing, and suggest that the defendant's sentencing hearing be taken off the Court's regular

9    calendar and specially set during the week of March 8, 2010.  The parties are available any time

10   during this week.

11

12   DATED: November 12, 2009                  JOSEPH P. RUSSONIELLO
                                               United States Attorney
13

14

15                                             GRANT P. FONDO
                                               Assistant United States Attorney
16

17                                                    /S/
                                               CYNTHIA LIE
18                                             Assistant Federal Public Defender
                                               Counsel for Defendant
19

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28
     Stipulation re Sentencing
     09-00313 RMW

                                          -2-

1   additional change of plea, it would not pursue the remaining counts in the Information. The

2   Court then set a sentencing date of March 8, 2010 at 9:00 a.m.

3        2.    The United States expects to present witnesses at the defendant's sentencing

4   hearing, and the defendant anticipates cross-examining those witnesses. At this time the

5   defendant does not intend to present any witnesses, although defendant reserves his right to do

6   so. The parties, therefore, anticipate the hearing will take approximately two hours.

7   Consequently, the parties wanted to inform the Court of the expected time needed to complete

8   the hearing, and suggest that the defendant's sentencing hearing be taken off the Court's regular

9   calendar and specially set during the week of March 8, 2010. The parties are available any time

10  during this week.

11

12  DATED: November 12, 2009        JOSEPH P. RUSSONIELLO
                                    United States Attorney
13

14

15                                  _____/S/_____
                                    GRANT P. FONDO
16                                  Assistant United States Attorney

17                                  _____/S/_____
                                    CYNTHIA LIE
18                                  Assistant Federal Public Defender
                                    Counsel for Defendant
19

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

    Stipulation re Sentencing
    09-00313 RMW
                                    -2-

///

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that:

      1.    Defendant's sentencing hearing of March 8, 2010, at 9:00 a.m. is rescheduled to March ___9___, 2010 at _2:00_ XX /p.m.

IT IS SO ORDERED.

DATED: _____12/23/09_____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Stipulation re Sentencing
09-00313 RMW