```
BARRY J. PORTMAN
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
```

*E-FILED - 4/21/10*

Counsel for Defendant
KURTIS THORSTED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00313 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| KURTIS THORSTED, | |
| Defendant. | |

## STIPULATION

The parties hereby stipulate and agree that the sentencing hearing currently scheduled for May 3, 2010 at 9:00 a.m. may be continued to May 17, 2010 at 9:00 a.m. at the request of the United States Probation Office, in order to allow additional time for completion of the presentence investigation.

Dated: April 14, 2014

                                                            s/_____
                                                            GRANT P. FONDO
                                                            Assistant United States Attorney

Dated: April 14, 2014

                                                            s/_____
                                                            CYNTHIA C. LIE
                                                            Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00313 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING |
| ) | |
| KURTIS THORSTED, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## [] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing currently set for May 3, 2010, shall be continued to May 17, 2010 at 9:00 a.m.

Dated: April __21__, 2010

*Ronald M. Whyte*
_____
HON. RONALD M. WHYTE
United States District Judge

Stipulation and [] Order
Continuing Sentencing Hearing
CR 09-00313 RMW                         2