| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney | |
| BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division | |
| GRANT P. FONDO  (CABN 181530)<br>Assistant United States Attorney<br>   150 Almaden Boulevard, Suite 900<br>   San Jose, CA 95113<br>   Telephone: (408) 535-5061<br>   Fax:  (408) 535-5066<br>   E-Mail: grant.fondo@usdoj.gov | *E-FILED - 5/6/10* |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>            Plaintiff,                               )<br>                                                            )<br>      v.                                                 )<br>                                                            )<br> KURTIS THORSTED,                       )<br>                                                            )<br>            Defendant.                        )<br>_____ ) | No. CR-09-00313 RMW<br><br>STIPULATION AND<br>[] ORDER REGARDING<br>SENTENCING HEARING<br><br>Date:  May 17, 2010<br>Time:  9:00 a.m.<br>Judge:  Hon. Ronald M. Whyte |

   The defendant, Kurtis Thorsted, represented by Cythnia Lie, Assistant Federal Public Defender, and the government, Grant P. Fondo, Assistant United States Attorney, hereby stipulate as follows:

   1.   On July 6, 2009 defendant, pleading open, pleaded guilty to Count Three of the nine count Information.

///

///

///

Stipulation re Sentencing
09-00313 RMW

2. On October 26, 2009 defendant, pleading open, pleaded guilty to Counts 1, 2, 7, 8 and 9 of the Information. The United States informed the Court that given defendant's additional change of plea, it would not pursue the remaining counts in the Information.

3. On March 8, 2010 the Court held an evidentiary hearing relating to sentencing.

4. Probation, after requesting additional information from both parties, on April 22, 2010 forwarded its draft PSR to the parties. Both parties have submitted objections, and Probation has requested further information.

5. Due to the additional information submitted and requested, the parties request, and Probation does not object to, the defendant's May 17, 2010 sentencing hearing be rescheduled to June 14, 2010.

DATED: May 4, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/S/_____
GRANT P. FONDO
Assistant United States Attorney

_____/S/_____
CYNTHIA LIE
Assistant Federal Public Defender
Counsel for Defendant

///
///
///
///
///
///

Stipulation re Sentencing
09-00313 RMW

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that:

1. Defendant's sentencing hearing of May 17, 2010, at 9:00 a.m. is rescheduled to June 14, 2010 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 5/6/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Stipulation re Sentencing
09-00313 RMW

-3-